616

### Harry CAVASSA, Appellant, v. UNITED STATES of America, Appellee.

#### No. 11496.

Circuit Court of Appeals, Ninth Circuit.

Feb. 4, 1948.

J. A. Pardini, Elda Granelli and F. Campagnoli, all of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Edgar R. Bonsall, Asst. U. S. Atty., both of San Francisco, Cal., and Leonard D. Hardy, Atty., Federal Security Agency, and Bernard D. Levinson, Atty., Federal Security Agency, both of Washington, D. C., for appellee.

Before STEPHENS, HEALY, and ORR, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed on the authority of United States v. Sullivan, 68 S.Ct. 331.

### MISHAWAKA RUBBER AND WOOLEN MANUFACTURING COMPANY, Appellant, v. S. S. KRESGE COMPANY, Appellee.

#### No. 10416.

Circuit Court of Appeals, Sixth Circuit.

May 12, 1947.

Before: HICKS, ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel, and appellant's reply brief filed subsequent to the hearing.

And it appearing that no reversible error is presented in the record,

It is ordered that the judgment of the District Court 67 F.Supp. 1000 be and it hereby is affirmed upon the grounds and for the reasons stated in the findings of fact and conclusions of law of the District Court filed September 28, 1946.